150 A.3d 15

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Dereck Michael MARTZ, Appellee**

**No. 86 MAP 2015**

Supreme Court of Pennsylvania.

SUBMITTED: April 25, 2016

DECIDED: September 28, 2016

Angela L. Mattis, Esq., Rebecca Lee Warren, Esq., for Appellant.

Derek Michael Martz, pro se.

396

## ORDER

PER CURIAM

**AND NOW,** this 28th day of September, 2016, the above-captioned appeal is DISMISSED as having been improvidently granted.

Justice Wecht did not participate in the consideration or decision of this case.